1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5054
7      Fax: (408) 535-5066
       E-Mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR 12 - 00464 DLJ
                                      )
14 |        Plaintiff,                )   STIPULATION AND
                                      )   [] ORDER
15 |   v.                             )
                                      )
16 | JAMES GOULD,                     )
                                      )
17 |        Defendants.               )
                                      )
18

19       WHEREAS, the parties were scheduled for a status hearing before this Court on

20  October 18, 2012, as to further proceedings in connection with this matter, but which has been

21  reset via clerk's notices to November 8, 2012;

22       WHEREAS, defense counsel is continuing to review documents in connection with

23  evaluating and analyzing this matter and government is in the process of responding to additional

24  discovery issues raised by the defendant;

25       WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this

26  matter is appropriate in order to ensure effective preparation of counsel, pursuant to 18 U.S.C. §

27  3161(h)(7)(B)(iv);

28       THEREFORE, the parties mutually and jointly agree that time should be excluded from

1   October 18, 2012, up and including November 8, 2012.  The parties agree that excluding time
2   until November 8, 2012, is necessary, given the need to maintain continuity of counsel.   The
3   parties also agree that failing to grant a continuance would deny counsel for the defense the
4   reasonable time necessary for effective preparation and continuity of counsel, taking into account
5   the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).   Finally, the parties agree that
6   the ends of justice served by excluding time from October 18, 2012, until November 8, 2012,
7   outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
8   **STIPULATED:**
9
10  DATED: October 18, 2012                    /s/
                                               DIANA GARRIDO
11                                             Attorney for JAMES GOULD
12
13
14  DATED: October 18, 2012                    /s/
                                               TIMOTHY J. LUCEY
15                                             Assistant United States Attorney
16
17                                       **ORDER**
18      For good cause shown, the Court enters this order excluding time from October 18, 2012,
19  up to and including November 8, 2012.  Specifically, the parties agree, and the Court finds and
20  holds that such that time should be excluded until November 8, 2012, and furthermore that
21  failing to grant a continuance and exclude time until November 8, 2012, would unreasonably
22  deny the defendant effective preparation of counsel, taking into account the exercise of due
23  diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).
24  ////
25  ////
26  ////
27  ////
28  ////

1  Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
2  excluding time from October 18, 2012, through November 8, 2012, outweigh the best interest of
3  the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: FFĐĐG

_____
**HONORABLE D. LOWELL JENSEN**
**United States District Court**

STIPULATION AND [] ORDER
[12 - 00464 DLJ]                                3