1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753

Counsel for Defendant GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-12-00464 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [] |
| vs. | ) ORDER RE: BRIEFING SCHEDULE |
| JAMES GOULD, JR., | ) |
| Defendant. | ) |

**STIPULATION**

Defendant James Gould, Jr., by and through Assistant Federal Public Defender Diana A. Garrido, and the United States, by and through Assistant United States Attorney Timothy Lucey, hereby stipulate that, with the Court's approval, the briefing schedule for the defendant's motion to suppress, which is set to be heard on Thursday, December 6, 2012, shall be as follows:

Defendant's motion shall be filed no later than Thursday, November 15, 2012;

Government's response shall be filed no later than Thursday, November 29, 2012;

Defendant's reply, if any, shall be filed no later than Tuesday, December 4, 2012.

///

Stipulation and [] Order
No. CR 12-00464 DLJ                    1

1     Time has previously been excluded through and including December 6, 2012.

2     IT IS SO STIPULATED.

3                                                STEVEN G. KALAR
                                                Federal Public Defender

4

5 Dated: November 15, 2012         _____/s/_____
                                                DIANA A. GARRIDO
                                                Assistant Federal Public Defender

6

7                                                MELINDA HAAG
                                             United States Attorney

8 Dated: November 15, 2012         _____/s/_____
                                               TIMOTHY LUCEY
9                                                Assistant United States Attorney

10

11                                   **[] ORDER_____**

12     GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

13 ORDERED that the briefing schedule for the defendant's motion to suppress shall be as follows:

14 Defendant's motion shall be filed no later than Thursday, November 15, 2012;

15     Government's response shall be filed no later than Thursday, November 29, 2012;

16     Defendant's reply, if any, shall be filed no later than Tuesday, December 4, 2012.

17     IT IS SO ORDERED.

18 Dated:  FFDCEFG_____

19

20                                       THE HONORABLE D. LOWELL JENSEN
                                      United States District Court Judge