1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5054
7    Fax: (408) 535-5066
     E-Mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR 12 - 00464 DLJ
                                    )
14      Plaintiff,                  )    STIPULATION AND
                                    )     ORDER
15      v.                          )
                                    )
16 JAMES GOULD, JR.,                )
                                    )
17      Defendants.                 )
                                    )
18

19      WHEREAS, the parties were scheduled for a status hearing before this Court on

20 February 21, 2013, as to further proceedings in connection with this matter, but which has been

21 reset via a clerk's notice to February 28, 2013;

22      WHEREAS, defense counsel is continuing to review documents and data in connection

23 with evaluating and analyzing this matter and government is in the process of responding to

24 additional discovery issues raised by the defendant;

25      WHEREAS, defense counsel is also scheduled to begin a jury trial in another criminal

26 action in this District on Thursday, February 28, 2013, such that she will be unavailable to attend

27 the hearing on this matter at the currently scheduled date and time;

28      WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate

STIPULATION AND ] ORDER
[12 - 00464 DLJ]                         1

1  that a continuance of this matter is appropriate in order to ensure effective preparation of counsel
2  and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective
3  calendars and the period needed for the aforementioned discovery matters, an appropriate date
4  for a status hearing is Thursday, April 11, 2013;

5     THEREFORE, the parties mutually and jointly stipulate that the matter be continued until
6  April 11, 2013, and further jointly stipulate and agree that time should be excluded from
7  February 21, 2013, up and including April 11, 2013.  The parties agree that excluding time until
8  April 11, 2013, is necessary, given the need to maintain continuity of counsel.   The parties also
9  agree that failing to grant a continuance would deny counsel for the defense the reasonable time
10 necessary for effective preparation and continuity of counsel, taking into account the exercise of
11 due diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice
12 served by excluding time from February 21, 2013, until April 11, 2013,  outweigh the best
13 interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7).

14 **STIPULATED:**

16 DATED: February 26, 2013          _____/s/_____
                                    DIANA GARRIDO
17                                  Attorney for JAMES GOULD, JR.

20 DATED: February 26, 2013          _____/s/_____
                                    TIMOTHY J. LUCEY
21                                  Assistant United States Attorney

22                                 **ORDER**

23     For good cause shown, the Court enters this order excluding time from February 21,
24 2013, up to and including April 11, 2013.  Specifically, the parties agree, and the Court finds and
25 holds that such that time should be excluded until April 11, 2013, and furthermore that failing to
26 grant a continuance and exclude time until April 11, 2013, would unreasonably deny the
27 defendant effective preparation of counsel and continuity of counsel, taking into account the
28 exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).

STIPULATION AND [] ORDER
[12 - 00464 DLJ]                    2

1  Finally, the parties agree, and the Court finds and holds, that the ends of justice served by
2  excluding time from February 21, 2013, through April 11, 2013, outweigh the best interest of the
3  public and the defendant in a speedy trial. Id. § 3161(h)(7).

**IT IS SO ORDERED.**

DATED:_____          _____
                                **HONORABLE D. LOWELL JENSEN**
                                **United States District Court**