1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5054
7     Fax: (408) 535-5066
      E-Mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,           )    No. CR 12 - 00464 DLJ
                                       )
14        Plaintiff,                   )    STIPULATION AND
                                       )    [] ORDER
15     v.                              )
                                       )
16 JAMES GOULD, JR.,                   )
                                       )
17        Defendants                   )
   _____ )

18       WHEREAS, the parties are scheduled for a status hearing before this Court on

19 May 30, 2013, which had been reset by a clerk's notice from May 23, 2013, as to further

20 proceedings in connection with this matter;

21       WHEREAS, defense counsel is continuing to review documents and data in connection

22 with evaluating and analyzing this matter and government is in the process of responding to

23 additional discovery issues raised by the defendant;

24       WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate

25 that a continuance of this matter is appropriate in order to ensure effective preparation of counsel

26 and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective

27 calendars and the period needed for the aforementioned discovery matters, an appropriate date

28 for a status hearing is Thursday, June 20, 2013;

STIPULATION AND [] ORDER
[12 - 00464 DLJ]                    1

THEREFORE, the parties mutually and jointly stipulate that the matter be continued until June 20, 2013, and further jointly stipulate and agree that time should be excluded from May 23, 2013, up to and including June 20, 2013.  The parties agree that excluding time until June 20, 2013, is necessary, given the need to maintain continuity of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice served by excluding time from May 23, 2013, until June 20, 2013,  outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7).

**STIPULATED:**

DATED: May 28, 2013           /s/
DIANA GARRIDO
Attorney for JAMES GOULD, JR.


DATED: May 28, 2013           /s/
TIMOTHY J. LUCEY
Assistant United States Attorney

### ORDER

For good cause shown, the Court enters this order excluding time from May 23, 2013, up to and including June 20, 2013.  Specifically, the parties agree, and the Court finds and holds that such that time should be excluded until May 23, 2013, and furthermore that failing to grant a continuance and exclude time until June 20, 2013, would unreasonably deny the defendant effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7).   Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from May 23, 2013, through June 20, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7).

**IT IS SO ORDERED.**

**DATED:**_____          _____
**HONORABLE D. LOWELL JENSEN**
**United States District Court**

STIPULATION AND [] ORDER
[12 - 00464 DLJ]                            2