1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE                              ᴱᴼᴱ̌ᴏᴄ̌ˢᴏᴏᴁ̈ᴁᴲ€ᴱ⅊ᴴᴱ
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GOULD

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,        )    No. CR-12-00464 DLJ
                                     )
11              Plaintiff,           )    STIPULATION TO CONTINUE STATUS
                                     )    HEARING AND EXCLUDE TIME UNDER
12  vs.                              )    THE SPEEDY TRIAL ACT
                                     )
13  JAMES GOULD,                     )
                                     )
14              Defendant.           )
    _____)

15

16      Defendant James Gould and the government hereby stipulate and agree that the next

17  status hearing, currently scheduled for Thursday, October 3, 2013, may be continued to

18  Thursday, November 21, 2013, at 9 a.m.  The reason for the requested continuance is that the

19  parties continue in their settlement negotiations and the defense is engaged in ongoing

20  investigation.  Accordingly, the parties further stipulate that the time through and including

21  November 21, 2013, may be excluded from the computation of time within which trial shall

22  commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation

23  of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

24  Dated: October 2, 2013

25                                  s/_____
                                    TIMOTHY LUCEY
26                                  Assistant United States Attorney

    Stipulation to Exclude Time
    CR 12-00464 DLJ                          1

1

Dated: October 2, 2013

2

3
s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Exclude Time
CR 12-00464 DLJ                                        2

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )    No. CR-12-00464 DLJ
                                       )
11               Plaintiff,            )    [] ORDER TO CONTINUE
                                       )    STATUS HEARING AND EXCLUDE
12  vs.                                )    TIME UNDER THE SPEEDY TRIAL ACT
                                       )
13  JAMES GOULD,                       )
                                       )
14               Defendant.            )
    _____)

15

16      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17  hearing currently scheduled for Thursday, October 3, 2013, shall be continued to Thursday,

18  November 21, 2013, at 9 a.m.

19      It is further ordered that the time through and including November 21, 2013, shall be

20  excluded from the computation of time within which trial shall commence under the Speedy

21  Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title

22  18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

23

24  Dated: October __G__, 2013

25  _____
    HON. D. LOWELL JENSEN
    United States District Judge

26

[] Order to Exclude Time
CR 12-00464 DLJ                                    1