MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5054
    FAX: (408) 535-5061
    E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

**FILED**
OCT 1 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12 – 0464 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| JAMES GOULD, JR., | |
| Defendant. | |

WHEREAS, the Court has set a detention hearing for Friday, October 11, 2013, at 1:30 p.m. before the Honorable Judge Howard R. Lloyd;

WHEREAS, counsel of record for the Government was previously scheduled to appear on matters before the Honorable Susan Illston in San Francisco, and therefore is not available to appear before this Court in San Jose;

WHEREAS, the parties have conferred with the Court and determined that Thursday, October 17, 2013, at 1:30 p.m. is an available date on this Court's calendar;

THEREFORE, the parties mutually request and stipulate that the detention hearing in this matter

1 | be continued to **Thursday, October 17, 2013, at 1:30 p.m.**

2 | **IT IS SO STIPULATED.**

3 | DATED: October 11, 2013 — Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
TIMOTHY J. LUCEY
Assistant United States Attorney

10 | DATED: October 11, 2013 — Respectfully submitted,

STEVE KALAR
Federal Public Defender

/s/
CYNTHIA LIE
Assistant Federal Public Defender

15 | **IT IS SO ORDERED.**

17 | DATED: 10/11/13

HON. HOWARD R. LLOYD
United States Magistrate Judge