1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant GOULD

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR-12-00464 DLJ
                                    )
11              Plaintiff,          )   STIPULATION TO ADJUST BRIEFING
                                    )   AND HEARING SCHEDULE AND TO
12 vs.                              )   EXCLUDE TIME
                                    )
13 JAMES GOULD,                     )
                                    )
14              Defendant.          )
   _____ )

15

16         Defendant James Gould and the government hereby stipulate and agree that the hearing

17 date set for Defendant's Motion to Suppress Evidence, currently scheduled for Thursday, March

18 6, 2014, at 10:00 a.m. may be reset for 9:00 a.m. on the same date for status re disposition, and

19 that the briefing schedule may be continued to permit the defense to file its motion on March 6,

20 2014, if not mooted by a disposition, with dates for opposition and reply briefing and hearing on

21 the motion to be reset at that time.  The reasons for the requested continuance are as follows: (1)

22 the government anticipates that the case will be reassigned to another Assistant United States

23 Attorney within the next few weeks; (2) successor counsel will need additional time to

24 effectively prepare before filing any opposition to the defense motion; and (3) the parties are

25 continuing their settlement discussions.

26

1    The Court had previously ordered the exclusion of time through and including March 6,

2  2014, on the basis of the anticipated motion and the need for effective preparation of both

3  counsel.  The parties stipulate that this prior exclusion of time is further justified as the

4  reasonable time necessary for the effective preparation of new government counsel and for the

5  ongoing discussions of a possible disposition, pursuant to Title 18, United States Code Section

6  3161(h)(7)(A) and (h)(7)(B)(iv).

7

8  Dated: January 30, 2014

9                                              s/_____
                                               TIMOTHY LUCEY
10                                             Assistant United States Attorney

11  Dated: January 30, 2014

12                                             s/_____
                                               CYNTHIA C. LIE
13                                             Assistant Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Adjust Briefing Schedule and
Hearing Date
CR 12-00464 DLJ                                2

1

2

3

4

5

6

7                                     IN THE UNITED STATES DISTRICT COURT

8                               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                            SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,              )        No. CR-12-00464 DLJ
                                            )
11                       Plaintiff,         )        [] ORDER TO ADJUST
                                            )        BRIEFING AND SCHEDULE HEARING
12   vs.                                    )        SCHEDULE AND EXCLUDE TIME
                                            )        UNDER THE SPEEDY TRIAL ACT
13   JAMES GOULD,                           )
                                            )
14                       Defendant.         )
     _____)

15

16          Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17   motion hearing currently scheduled for Thursday, March 6, 2014, at 10:00 a.m., shall be deemed

18   a further status hearing and reset for 9 a.m. on the same date.

19          It is further ordered that the filing date for the defendant's motion to suppress evidence

20   under the Fourth Amendment shall be extended to Thursday, March 6, 2014, and that the dates

21   previously set for the government's opposition briefing and defendant's optional reply shall be

22   vacated.

23          It is further ordered that the time through and including March 6, 2014, having previously

24   been excluded from the computation of time within which trial shall commence under the

25   Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant

26

1  to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv), shall remain excluded

2  on this same statutory basis, in view of the anticipated reassignment of the case to new

3  government counsel and the parties' continuing settlement discussions.

4

5  Dated: February 7, 2014

6  _____
   HON. D. LOWELL JENSEN
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26