1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorneys

5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95115
          Telephone: (408) 535-5054
7         FAX: (408) 535-5061
          E-Mail:  timothy.lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )  CASE NO. CR 12 – 0464 DLJ
                                     )
15        Plaintiff,                 )  STIPULATION AND [] ORDER
                                     )
16  v.                               )
                                     )
17  JAMES GOULD, JR.,                )
                                     )
18        Defendant.                 )
                                     )
19                                   )
                                     )
20

21        WHEREAS, the Court has set a status and setting hearing for Thursday, March 20, 2014, at

22  9:00 a.m. before the Honorable D. Lowell Jensen;

23        WHEREAS, the parties have reached a potential settlement of the matter but which still requires

24  both parties to review and agree to the terms of a plea agreement and exchange and analyze additional

25  information relating to that plea agreement and disposition of the matter short of trial;

26        WHEREAS, the parties believe that a short continuance of one additional week will allow the

27  parties sufficient time to complete this process and conduct a change of plea hearing on Thursday,

28  March 27, 2014, at 9:00 a.m. is an available date on this Court's calendar;

1   THEREFORE, the parties mutually request and stipulate that the status and setting hearing in this matter be continued to **Thursday, March 27, 2014, at 9:00 a.m**., and further jointly stipulate and agree that time should be excluded from March 20, 2014, up to and including March 27, 2014.  The parties agree that excluding time until March 27, 2014, is necessary, given the need for effective preparation of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).   Finally, the parties agree that the ends of justice served by excluding time from March 20, 2014, until March 27, 2014, outweigh the best interest of the public and the defendant in a speedy trial.  *Id.*

**IT IS SO STIPULATED.**

DATED: March 19, 2014                                   Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney


                                                        /s/
                                                        TIMOTHY J. LUCEY
                                                        Assistant United States Attorney


DATED: March 19, 2014                                   Respectfully submitted,

                                                        STEVE KALAR
                                                        Federal Public Defender


                                                        /s/
                                                        CYNTHIA LIE
                                                        Assistant Federal Public Defender

**IT IS SO ORDERED.**

DATED:

                                                        HON. D. LOWELL JENSEN
                                                        United States District Court