```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  55 South Market Street, Suite 820
    San Jose, CA 95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant GOULD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00464 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING DATE |
| vs. | ) | |
| JAMES GOULD, | ) | |
| Defendant. | ) | |

Defendant James Gould and the government hereby stipulate and agree that the sentencing hearing, currently scheduled for Thursday, September 4, 2014, at 10:00 a.m. may be continued to Thursday, October 2, 2014, at 10:00 a.m.  The reasons for the requested continuance are that defense counsel may be out of district on the currently scheduled date and the defense is also engaged in additional investigation relevant to sentencing which may not have concluded before the end of September.

The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: August 6, 2014

s/_____
TIMOTHY LUCEY
Assistant United States Attorney

Stipulation to Continue Sentencing Hearing
CR 12-00464 DLJ                                            1

1  Dated: August 6, 2014

2                                              s/_____
                                               CYNTHIA C. LIE
3                                              Assistant Federal Public Defender

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00464 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE SENTENCING HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, September 4, 2014, at 10:00 a.m., shall be continued to Thursday, October 2, 2014, at 10:00 a.m.

Dated: August __FH__, 2014

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order to Continue Sentencing
CR 12-00464 DLJ                    1